COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

NICOLAS FIBELA,                                      §              No. 08-20-00019-CV

                        Appellant,              §                  Appeal from the

v.                                                              §              County Court at Law No. 6

KAREN M. WOOD,                                  §                  of El Paso County, Texas

                        Appellee.                §                  (TC# 2019DCV1242)

§

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 4, 2020**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Nicolas Fibela, pro se, prepare the Appellant's brief and forward the same to this Court on or before October 4, 2020.

IT IS SO ORDERED this 4th day of September, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.